STATE OF LOUISIANA * PARISH OF LINCOLN

THIRD JUDICIAL DISTRICT COURT

BETTY MATTHEWS

VERSUS NO. 56635

DOLGENCORP, LLC

FILED: SEP 2 4 2013

BY: s/Debra B. Simmons

DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Betty Matthews, a major resident and domiciliary of Lincoln Parish, Louisiana, who respectfully represents:

1.

Made Defendant herein is DOLGENCORP, LLC, a foreign corporation, licensed to do and doing business in the State of Louisiana;

2.

Venue is proper herein, pursuant to La. Code Civ. Pro. art. 74, as Defendant's wrongful conduct occurred on the premises of Defendant's store/retail business, which is located in Lincoln Parish, and damages were sustained by Plaintiff in Lincoln Parish.

3.

Defendant is justly and legally indebted unto Plaintiff herein for all damages which are just and reasonable under the circumstances, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

4.

Defendant, DOLGENCORP, LLC, owns and operates a Dollar General Store at 100 Dan Reneau Drive, Ruston, Louisiana 71270, previously known as 100 West Arizona, Ruston, Louisiana 71270.

5.

On or about July 10, 2013, Plaintiff, Betty Matthews, was involved in an accident while she was a patron at the Dollar General Store located at 100 Dan Reneau Drive, previously known as 100 West Arizona, Ruston, LA 71270.

6.

While on Defendant's premises, Ms. Matthews slipped in a substance left on the floor in an aisle walkway.

A True Copy of the Original on File
SEP 2 4 2013, 20
Dy. Clerk, District Court

EXHIBIT 1

7.

Shortly after the accident, Defendant's employee notified Ms. Matthews that she was aware of the substance on the floor and had asked another employee to clean the substance up some time before the accident involving Ms. Matthews.

8.

Ms. Matthews sustained severe injuries as a result of her fall.

9.

The substance on the floor of Defendant's premises created a fall hazard that presented an unreasonable risk of harm to the patrons of the DOLGENCORP, LLC, including Ms. Matthews, which risk of harm was reasonably foreseeable by Defendant, DOLGENCORP, LLC.

10.

Defendant, DOLGENCORP, LLC, its employees and/or agents created, knew or should have known of the spill on the floor and the resulting unreasonably dangerous condition existing on its premises, yet Defendant failed to exercise reasonable care to maintain its premises in a reasonably safe condition.

11.

The accident sued upon herein was caused by the fault and/or negligence of Defendant, DOLGENCORP, LLC, acting through its agent, and/or employees for whom its responsible pursuant to the doctrine of *respondeat superior*, which is specifically pled herein.

12.

The injuries and damages suffered by Plaintiff, Betty Matthews, were caused by the fault, negligence and/or want of care of Defendant, DOLGENCORP, LLC, in the following non-exclusive particulars:

    (a)    failing to exercise reasonable care to maintain the premises in a safe condition;

    (b)    failing to reasonably and timely inspect the premises;

    (c)    failing to remedy a hazardous and/or unreasonably dangerous condition on the premises;

    (d)    failing to properly supervise agents and/or employees;

    (e)    failing to warn patrons of a hazardous and/or unreasonably dangerous condition on the premises;

    (f)    failing to institute sufficient premises maintenance policies and procedures;

(g) failing to comply with premises maintenance policies and procedures in place at the time of the accident; and

(h) any and all other acts of negligence, fault or want of care as may be developed through discovery and/or as may be shown at the trial of this matter.

13.

As a result of the fault, negligence and/or want of care of Defendant, DOLGENCORP, LLC, Plaintiff, Betty Matthews, has suffered injuries and damages for which Defendant, DOLGENCORP, LLC, is liable, including but not limited to:

(a) past, present and future physical pain and suffering;

(b) past, present and future mental anguish, emotional distress and anxiety;

(c) loss of enjoyment of life; and

(d) past, present and future medical care and related expenses.

14.

To the extent that Plaintiff's damages exceed the amount required for a trial by jury, Plaintiff requests a trial by jury on any issues that may be so tried herein.

WHEREFORE, Plaintiff, Betty Matthews, prays that Defendant, DOLGENCORP, LLC, be served with a copy of the above and foregoing Petition for Damages, that it be cited to appear and answer same, and that after all legal delays and due proceedings are had, that there be Judgment in favor of Plaintiff, Betty Matthews, and against Defendant, DOLGENCORP, LLC, for reasonable damages in the premises, for all costs of this proceeding including expert fees, for legal interest from the date of judicial demand until paid, for notice of trial, notice of hearing, and notice of judgment, whether interlocutory or final, and for all other general and equitable relief to which Plaintiff may be entitled. Plaintiff further prays for trial by jury on any issues that may be tried to a jury herein.

Respectfully submitted,

BREITHAUPT, DUNN, DUBOS,
SHAFTO & WOLLESON, LLC
1811 Tower Drive, Suite D
Monroe, LA 71201
Telephone: (318) 322-1202
Facsimile: (318) 322-1984
E-mail: lwalters@bddswlaw.com

By: _____
K. Lamar Walters, III (31353)

ATTORNEYS FOR PLAINTIFF

STATE OF LOUISIANA * PARISH OF LINCOLN

THIRD JUDICIAL DISTRICT COURT

BETTY MATTHEWS

VERSUS NO. 56635

DOLGENCORP, LLC

FILED: SEP 2 4 2013

BY: s/Debra B. Simmons
DEPUTY CLERK OF COURT

### REQUEST FOR NOTICE

TO: Lincoln Parish Clerk of Court
P.O. Box 924
Ruston, LA 71273-0924

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, Plaintiff, Betty Matthews, hereby requests at least ten (10) days written notice of the date that this matter is set for trial, of any pleadings filed in this action, and the date of any hearing set in this action.

In addition, pursuant to Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, Plaintiff, Betty Matthews, requests to be provided with written notice of the signing or entry of any final judgment or the rendition of any interlocutory order or judgment in the above numbered and entitled cause.

Respectfully submitted:

BREITHAUPT, DUNN, DUBOS,
SHAFTO & WOLLESON, LLC
1811 Tower Drive, Suite D
Monroe, Louisiana 71201
Telephone: (318) 322-1202
Facsimile: (318) 322-1984
E-mail: lwalters@bddswlaw.com

_____
K. Lamar Walters, III (31353)

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel of record for all parties by facsimile, on this _____ day of September, 2013.

_____
K. LAMAR WALTERS, III

A True Copy of the Original on File
SEP 2 4 2013, 20___
By. Clerk, District Court