# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

BETTY MATTHEWS                            CIVIL ACTION NO.: 3:14-CV-2519

VERSUS                                    JUDGE ROBERT G. JAMES

DOLGENCORP, LLC                           MAGISTRATE JUDGE KAREN L.HAYES

## MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Betty Matthews, who, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for partial summary judgment on the issue of the liability and/or sole liability of Defendant, DOLGENCORP, LLC, for the July 10, 2013 accident that forms the basis of this suit.

WHEREFORE, Plaintiff, Betty Matthews, prays that this Honorable Court grant partial summary judgment in her favor, finding Defendant, DOLGGENCORP, LLC, to be liable and/or solely liable for the July 10, 2013 accident that forms the basis of this suit.  Plaintiff, Betty Matthews, further prays for all other relief to which she may be entitled, whether in law or in equity.

Respectfully submitted,

BREITHAUPT, DUNN, DUBOS,
SHAFTO & WOLLESON, LLC
1811 Tower Drive, Suite D
Monroe, LA  71201
Telephone:    (318) 322-1202
Facsimile:    (318) 322-1984
E-mail:lwalters@bddswlaw.com


____/s/ K. Lamar Walters, III_____
K. Lamar Walters, III (31353), T.A.
Attorneys for Plaintiff, Betty Matthews

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served upon all counsel of record via this Court's CM/ECF system on this 10th day of April, 2015, in Monroe, Louisiana.

*/s/ K. Lamar Walters, III*
K. LAMAR WALTERS, III