UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BETTY MATTHEWS** | * | **CIVIL ACTION NO: 3:14 cv 2519** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE JAMES** |
| | * | |
| **DOLGENCORP, LLC** | * | **MAGISTRATE JUDGE HAYES** |

*****************************************************************************

**JOINT MOTION TO DISMISS WITH PREJUDICE**

  **NOW INTO COURT**, through undersigned counsel of record, jointly comes Plaintiff, Betty Matthews, Intervenor, Continental Indemnity Company, and Defendant, Dolgencorp, LLC, who suggest to this Honorable Court that any and all claims and causes of action asserted in this matter by or against any party be dismissed, with prejudice, with each party to bear their own costs.

  **WHEREFORE**, Plaintiff, Betty Matthews, Intervenor, Continental Indemnity Company, and Defendant, Dolgencorp, LLC, respectfully pray that the instant motion be granted and that any and all claims and causes of action asserted in this matter by or against any party be dismissed, with prejudice, with each party to bear their own costs.

| | |
|---|---|
| Respectfully Submitted,<br><br>**Breithaupt, Dunn, Dubos, Shafto & Wolleson, L.L.C.**<br><br>BY: *s:// K. Lamar Walters, III*<br><br>**K. LAMAR WALTERS, III**<br>lwalters@dbbswlaw.com<br>1811 Tower Drive., Suite D<br>Monroe, Louisiana 71201<br>PHONE: 318-322-1202<br>FAX: 318-322-1984<br>Attorney for Plaintiff, Betty Matthews<br><br><br>**Garrison, Yount, Forte & Mulcahy, L.L.C.**<br><br>BY:*s:// Lyon H. Garrison*<br><br>**LYSON GARRISON, #19591 (T.A.)**<br>lgarrison@garrisonyount.com<br>909 Poydras Street, Suite 1800<br>New Orleans, LA 70112<br>Telephone: (504) 527-0680<br>Attorney for Intervenor, Continental Indemnity Company | Respectfully Submitted,<br><br>**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**<br><br>BY:  *s:// Anne E. Medo*<br><br>**DOMINIC J. OVELLA, #15030 – T.A.**<br>**dovella@hmhlp.com**<br>**SEAN P. MOUNT, #27584**<br>**smount@hmhlp.com**<br>**ANNE E. MEDO, #24556**<br>**amedo@hmhlp.com**<br>**PHILIP D. LORIO, IV #34648**<br>**plorio@hmhlp.com**<br>One Galleria Boulevard, Suite 1400<br>P. O. Box 8288<br>Metairie, Louisiana  70011-8288<br>Telephone: (504) 836-6500<br>Attorneys for Defendant, Dolgencorp, LLC |

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this **4th** day of **August, 2015**, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid and/or by facsimile service.

*s:// Anne E. Medo*