UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BETTY MATTHEWS** | **CIVIL ACTION NO. 14-2519** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **DOLGENCORP, LLC** | **MAG. JUDGE KAREN L. HAYES** |

**ORDER**

Pending before the Court is Plaintiff's "Motion to Dismiss with Prejudice." [Doc. No. 28]. Upon consideration,

IT IS ORDERED that the Motion in GRANTED. All claims and causes of action asserted in this matter by or against any party are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

MONROE, LOUISIANA, this 5th day of August, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE